1  Stuart M. Richter (SBN 126231)
   stuart.richter@katten.com
2  Andrew J. Demko (SBN 247320)
   andrew.demko@katten.com
3  **KATTEN MUCHIN ROSENMAN LLP**
   2029 Century Park East, Suite 2600
4  Los Angeles, CA  90067-3012
   Telephone:    310.788.4400
5  Facsimile:     310.788.4471

6  Attorneys for Defendant Self-Help Federal Credit
7  Union

8

9              **UNITED STATES DISTRICT COURT**

10              **EASTERN DISTRICT OF CALIFORNIA**

11

12 | VERONICA POE, on behalf of herself and all others similarly situated, | Case No. 1:21-CV-00938-DAD-SKO |
13 | | |
14 | Plaintiff, | **ORDER ON STIPULATION TO EXTEND DEFENDANT SELF-HELP FEDERAL CREDIT UNION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
15 | v. | |
16 | SELF-HELP FEDERAL CREDIT UNION, | |
17 | Defendant. | (Doc. 9) |

Based on Defendant Self-Help Federal Credit Union ("Defendant") and Plaintiff Veronica Poe's ("Plaintiff") stipulation, dated September 27, 2021, to extend the time for Defendant to respond to Plaintiff's Complaint to October 28, 2021, (Doc. 9), and having found good cause appearing, the Court hereby ORDERS as follows:

Defendant will have until October 28, 2021, to file its response to the Complaint.

IT IS SO ORDERED.

Dated:   **September 30, 2021**                    /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE

150470587