Stuart M. Richter (SBN  126231)
stuart.richter@katten.com
Andrew J. Demko (SBN 247320)
andrew.demko@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012
Telephone:     310.788.4400
Facsimile:     310.788.4471

Attorneys for Defendant Self-Help Federal Credit
Union

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA POE, on behalf of herself and al others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELF-HELP FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 1:21-cv-00938-DAD-SKO<br><br>**ORDER ON STIPULATION TO FURTHER EXTEND DEFENDANT SELF-HELP FEDERAL CREDIT UNION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 11) |

Pursuant to the parties' Stipulation to Further Extend Defendant Self-Help Federal Credit Union's Time to Respond to Plaintiff's Complaint (Doc. 11), and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have until November 29, 2021, to file its response to the Complaint.

IT IS SO ORDERED.

Dated:   **October 28, 2021**            */s/ Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE

1

150845370